IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DATAGLOBAL GMBH,

        Plaintiff,

vs.

DOCULYNX, INC.,

        Defendant.

8:18CV442

**FINDINGS AND RECOMMENDATION**

       In October, 2016, Plaintiff filed suit in a German court seeking a judgment against Defendant. On or about March 6, 2018, the German court rendered judgment against Defendant. On September 21, 2018, Plaintiff filed a Complaint in this Court, requesting that the judgment of the German court be registered and recognized in the United States, and that the judgment be registered and enforced in this Court just as if it had been rendered by this Court. (Filing No. 1.)

       On December 31, 2018, Defendant's counsel filed a motion to withdraw as counsel. (Filing No. 14). Because Defendant, a corporation, cannot litigate in this forum without representation by licensed counsel, the Court entered an order (Filing No. 15) scheduling a hearing on counsel's motion to withdraw. *See Rowland v. Cal. Men's Colony,* 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel"). The order advised Defendant that if a corporate representative did not appear at the hearing on its behalf, the undersigned would recommend that default judgment be entered against it. *See Ackra Direct Mktg. Corp. v. Fingerhut Corp.,* 86 F.3d 852, 857 (8th Cir. 1996) (stating that a corporation was technically in default as of the date its counsel was permitted to withdraw from the case without substitute counsel appearing).

       The hearing on the motion to withdraw was held on January 31, 2019. A corporate representative did not appear on Defendant's behalf, nor did substitute counsel enter an appearance on behalf of Defendant. At the hearing, the undersigned granted counsel's motion to withdraw. Plaintiff's counsel then made an oral motion for default judgment. The undersigned indicated that upon receipt of an affidavit from Plaintiff's counsel averring as to the dollar amount of the

requested judgment, the undersigned would recommend that the motion for default judgment be granted.

Plaintiff's counsel has submitted the requested affidavit stating that the principal amount of the judgment, plus accrued interests and costs, totals $629,788.60. ([Filing No. 21](#).)

Accordingly,

**IT IS HEREBY RECOMMENDED** to United States District Court Judge Robert Rossiter, Jr. that Plaintiff's oral motion for default judgment be granted, that the judgment of the German court be registered and recognized, and that the judgment be registered and enforced in this Court just as if it had been rendered by this Court. The current judgment amount with principal, interest and costs is $629,788.60.

Dated this 15th day of February, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

**ADMONITION**

A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. Failure to timely object may constitute a waiver of any objection.